**Order entered January 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01708-CV

**HAL RACHAL, JR., Appellant**

**V.**

**LETKIEWICZ & FOSTER, Appellee**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-09-2413-2**

## ORDER

Before the Court is appellant's January 24, 2013 third extension of time to file appellant's amended brief. We **GRANT** appellant's motion. Appellant's amended brief shall be filed on or before February 3, 2013. We **CAUTION** appellant that no further extensions of time will be granted. If appellant fails to file an amended brief on or before February 3, 2013, the case will be submitted on appellant's August 10, 2012 brief.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE